UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

    Plaintiff,

    v.

P. BRITEWELL, et al.,

    Defendants.

Case No. 15-cv-02118-PJH

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the California Substance Abuse Treatment Facility in Kings County which lies within the venue of the United States District Court for the Eastern District of California. The defendants are employees at the prison or work in Sacramento, and apparently reside within the venue of the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's motion for defendants to show cause.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2015\2015_02118_Brown_v_Britewell_(PSP)\15-cv-02118-PJH-_trn.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>P. BRITEWELL, et al.,<br><br>    Defendants. | Case No.  15-cv-02118-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie O. Brown ID: AT6806
G3-C15-3
PO Box 7100
Corcoran, CA 93212


Dated: July 10, 2015

                                                Richard W. Wieking
                                                Clerk, United States District Court

                                                By:_____
                                                Nichole Peric, Deputy Clerk to the
                                                Honorable PHYLLIS J. HAMILTON

2